# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SPRAGUE,<br><br>PLAINTIFF,<br><br>v.<br><br>FINANCIAL CREDIT NETWORK, INC.,<br><br>DEFENDANT. | Case No.: 1:18-cv-0035-SAB<br><br>ORDER RE JOINT STIPULATION TO EXTEND NON-EXPERT DISCOVERY CUTOFF TO NOVEMBER 12, 2018<br><br>(ECF No. 17) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the April 16, 2018 scheduling order is amended and all non-expert discovery shall be completed by November 12, 2018.

IT IS SO ORDERED.

Dated: **September 25, 2018**

UNITED STATES MAGISTRATE JUDGE