**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
Elizabeth Wagner, Esq. (317098)
elizabeth@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Ste. 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY SPRAGUE,** | **Case No.:** 1:18-CV-00035-SAB |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | **HON. STANLEY A. BOONE** |
| **FINANCIAL CREDIT NETWORK, INC.,** | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff GARY SPRAUGE ("Sprague") and Defendant FINANCIAL CREDIT NETWORK, INC. ("FCN") has been resolved in its entirety.  The Parties anticipate filing a Joint Motion for Dismissal of this Action with Prejudice and also request that all pending dates and filing requirements be vacated.

Date: October 8, 2018                                    **KAZEROUNI LAW GROUP, APC**

                                                                    By: /s Matthew M. Loker
                                                                    MATTHEW M. LOKER, ESQ.
                                                                    ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement* has been filed this 8th day of October 2018, through the Court's electronic filing system.  All parties may access the foregoing via the Court's electronic filing system.

                                                                    ___/s/ Matthew M. Loker___
                                                                    Matthew M. Loker