# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SPRAGUE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FINANCIAL CREDIT NETWORK, INC.,<br><br>　　　　　Defendant. | Case No. 1:18-cv-00035-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 19)<br><br>THIRTY DAY DEADLINE |

On October 8, 2018, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within thirty days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **October 9, 2018**

UNITED STATES MAGISTRATE JUDGE

1