**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
Elizabeth Wagner, Esq. (317098)
elizabeth@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Ste. 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY SPRAGUE, <br><br> Plaintiff, <br><br> v. <br><br> FINANCIAL CREDIT NETWORK, INC., <br><br> Defendant. | **Case No.:** 1:18-CV-00035-SAB <br><br> **JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)** <br><br> **HON. STANLEY A. BOONE** |

///

Plaintiff GARY SPRAGUE ("Plaintiff") and Defendant FINANCIAL CREDIT NETWORK, INC. ("Defendant"), by and through their undersigned counsel, respectfully submit this Stipulation for Dismissal pursuant to Rule 41(a) of the Federal Rule of Civil Procedure.

Plaintiff and Defendant hereby jointly move to dismiss this Action WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

Date: November 12, 2018                                                                 **KAZEROUNI LAW GROUP, APC**

By: /s Matthew M. Loker
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

**ELLIS LAW GROUP LLP**

By: /s/ Mark E. Ellis
MARK E. ELLIS, ESQ.
ATTORNEY FOR DEFENDANT

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Defendant's respective legal counsels and that I have obtained their authorizations to affix their electronic signatures to this document.

Date: November 12, 2018                                                                 **KAZEROUNI LAW GROUP, APC**

By: /s Matthew M. Loker
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

Case No.: 1:18-CV-00035-SAB          1 of 2          *Sprague v. Financial Credit Network, Inc.*
JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)

## CERTIFICATE OF SERVICE

A copy of the foregoing *Joint Stipulation to Dismiss Action with Prejudice Pursuant to Fed. R. Civ. P. 41(a)* has been filed this 12th day of November 2018, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                              ___/s/ Matthew M. Loker___

                                                    Matthew M. Loker