# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SPRAGUE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FINANCIAL CREDIT NETWORK, INC.,<br><br>　　　　Defendant. | Case No. 1:18-cv-00035-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 21) |

On November 12, 2018, a stipulation for dismissal of the entire action was filed. (ECF No. 21.) In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice, without an award of costs or attorney's fees.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **November 13, 2018**

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1